OPINION — AG — THE PURCHASE OF BONDS REQUIRED BY LAW TO BE EXECUTED BY EACH DEPUTY STATE EXAMINER AND INSPECTOR IS GOVERNED BY THE PROVISIONS OF THE CENTRAL PURCHASING ACT, AS SET OUT IN 74 O.S. 1961 85.1-85.18 [74-85.1] — [74-85.18] CITE: 74 O.S. 1961 85.7 [74-85.7], 74 O.S. 1961 85.4 [74-85.4], 74 O.S. 1961 85.2 [74-85.2], 74 O.S. 1961 85.12 [74-85.12], OPINION NO. 64-148 (CHARLES NESBITT)